IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

05 MAY 2 PH 5:09

UNITED STATES OF AMERICA

vs.   CR. NO. 05-20167 Ma

_Robert Lester_
Defendant

========================================================
ORDER ON ARRAIGNMENT
========================================================

This cause came on to be heard on _May 2, 2005_.
The United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

Name _Mary K. Jirman (FPD)_
(~~retained~~)(appointed)

Address _____

Telephone _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a district judge, such period is extended.

____ The defendant, who is not in custody, may stand on his/her present bond.

✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
United States Magistrate Judge

Charge(s): _____

Assistant U. S. Attorney: _____
Defendant's Age: _____
Rule 32 (was) (was not) waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5/3/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20167 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT