UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31 PM 5:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                              Case Number 05-20167-Ma

**ROBERT LESTER,**

       **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Indictment returned against Robert Lester is dismissed in accordance with the Order docketed August 25, 2005.

**APPROVED:**

_/s/ Samuel H. Mays, Jr._
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 31, 2005
_____
(DATE)

THOMAS M. GOULD
_____
CLERK

_/s/_
_____
(by) DEPUTY CLERK

53

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20167 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT